

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ISRAEL FLORES** ) | CASE NO. 3:06 CV 2805 |
| ) | |
| Petitioner, ) | JUDGE DAN AARON POLSTER |
| ) | |
| vs. ) | **MEMORANDUM OF OPINION** |
| ) | **AND ORDER** |
| **JESSE WILLIAMS, Warden,** ) | |
| ) | |
| Respondent. ) | |

Before the Court is the Report and Recommendation of Magistrate Judge Patricia A. Hemann issued on May 21, 2007 (**ECF. No. 9**). Petitioner Israel Flores has filed a 28 U.S.C. § 2254 petition for writ of habeas corpus challenging his 2004 state conviction for drug trafficking with a specification that the crime was committed in the vicinity of a juvenile. The petition alleges one ground: that petitioner's due process rights were violated when the prosecutor withheld evidence that impeached the state's key witness.

Under the relevant statute:

Within *ten days* after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the

> court shall make a <u>de novo</u> determination of those portions of the
> report or specified proposed findings or recommendations to which
> objection is made.

28 U.S.C. § 636(b)(1)(C) (1988) (emphasis added). Here, one month has elapsed since the Magistrate Judge's Report and Recommendation was issued, and neither an objection nor a request for an extension to file objections has been filed.

The failure to timely file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a <u>de novo</u> determination by the district court of an issue covered in the report. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); see United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's thorough and well-written Report and Recommendation (**ECF No. 9**) and hereby **ADOPTS** it. Accordingly, the underlying petition for writ of habeas corpus is **DENIED**.

**IT IS SO ORDERED.**

**Dan Aaron Polster**
**United States District Judge**